# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Stephanie SOYA,<br><br>　　　　　　　Defendant. | Case No.:　'23 MJ00217<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 19, 2023, within the Southern District of California, Stephanie SOYA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Daniel Tuck
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th of January 2023.

_____
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On January 19, 2023, at approximately 2:00 PM, Stephanie SOYA, ("SOYA"), a United States citizen applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #29. SOYA was the driver, sole occupant, and registered owner of a 2019 Toyota RAV4 bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the undercarriage of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from SOYA. SOYA stated she was crossing the border to go to Rancho Cucamonga, California. Due to the alert by the Human and Narcotic Detection Dog SOYA was detained and escorted to the Security Office for further processing.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the undercarriage of the vehicle.

Further inspection of the vehicle resulted in the discovery of 4 packages concealed on the undercarriage of the vehicle, with a total approximate weight of 14.86 kgs (32.76 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

SOYA was placed under arrest at approximately 4:30 PM.

1

SOYA was advised of her Miranda rights and elected to make a statement without a lawyer present. SOYA denied knowing her vehicle contained narcotics. SOYA stated she left her vehicle with a friend in Tijuana while she traveled to Cancun, MX. SOYA returned to Tijuana on January 19, 2023. SOYA was picked up by her friend between 3:00AM and 4:00AM and checked into a hotel in Tijuana. At approximately 12:30 PM SOYA departed the hotel, grabbed food, and drove to the port of entry.

    SOYA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.